255 So.2d 775

**Grady E. WILSON**

v.

**LOUISIANA DEPARTMENT OF HIGH-
WAYS AND TRAVELERS INSUR-
ANCE COMPANY.**

**No. 52013.**

Jan. 6, 1972.

In re: Grady E. Wilson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Catahoula. 254 So.2d 65.

Writ refused. There is no error of law in the judgment.